HERBERT HAVERHILL, Appellant, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant, Respondent.— Appeals dismissed, with costs to the plaintiff. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

GOTTLIEBA PAPROCKEI, Respondent, v. JOHN PAPROCKEI, Appellant.— Motion granted, and two appeals dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

JULIAN ZDIARSKI and Another, Appellants, v. FRANK ROGOWSKI and Another, Respondents.— Appeal dismissed unless appellants shall file and serve printed papers by May twenty-first and printed briefs by May twenty-sixth. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

CECILIA M. EVANS, Appellant, v. NICHOLAS J. EVANS, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers within twenty days, and shall be ready to argue the appeal at the opening of the September term of this court. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

JOSEPH P. PANZICA, Appellant, v. BUFFALO-LOCKPORT PETROLEUM COMPANY and Others, Respondents.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ANGELINA NAPLES, Respondent, v. JOSEPH NAPLES and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JAMES LAWSON and Others, Respondents.— Motion of appellant to be relieved from stipulation granted, and order entered May 5, 1926, amended so as to provide that appellant serve upon respondent's attorney corrected copies of the printed papers, and file same within three days after respondent stipulates same as correct, and that appellant pay to respondent's attorney ten dollars. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Application of GEORGE RUTHERFORD, for an Order of Certiorari against DANIEL R. SILLESKY and Others, as Police Commissioners of the City of Lockport.— Determination of commissioners confirmed and certiorari order dismissed, with fifty dollars costs and disbursements, on the ground that the evidence was sufficient and the organization of the board of police was not under review in this proceeding. (*People ex rel. D. & H. Canal Co.* v. *Parker*, 117 N. Y. 86.) The commissioners before whom the hearing was had constituted a *de facto* board of police and Commissioner William A. Dickenson held over until his successor was appointed. (Pub. Off. Law, § 5; Opinions of Attorney-General [1911], 521; *Matter of Kane* v. *Gaynor*, 144 App. Div. 206; *People ex rel. Woods* v. *Flynn*, 81 Misc. 279.) All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

MINNIE O. GOODMAN, Respondent, v. F. P. COSTIGAN, INC., and Others, Appellants, Impleaded with Others.— Judgment affirmed, with costs on the ground that the appealing defendants interposed no counterclaim with demand for an affirmative judgment against the plaintiff. (Civ. Prac. Act, § 424.) All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

KATHERINE M. BRAYMAN, Respondent, v. SEBASTIAN F. MOLLNAR, Appellant, Impleaded with Others.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.